```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION
```

| | | |
|---|---|---|
| POLIMEROS TECNOLOGIA, S.A. (POLYTEC), | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-0696 |
| MAERSK SEALAND, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant Maersk Sealand's Motion for Summary Judgment (Document No. 11) is GRANTED, and Plaintiff Polimeros Y Tecnologia, S.A.'s case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 28th day of November, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE